AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 02, 2018**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARLOS TORRES MEDRANO, JR. | ) | Case No. 2:17-MJ-00547-JTR-1 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 4, 2017  in the county of  Spokane  in the
Eastern District of  Washington , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 115(a)(1)(B) | Threat to Federal Law Enforcement Officer |

This criminal complaint is based on these facts:

See attached Affidavit of DUSM Andrew Creese

☑ Continued on the attached sheet.

**ANDREW CREESE**
Digitally signed by ANDREW CREESE
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=USMS, cn=ANDREW CREESE, 0.9.2342.19200300.100.1.1=15001003040
Date: 2018.01.02 13:06:38 -08'00'

*Complainant's signature*

DUSM Andrew Creese, U.S. Marshals Service
*Printed name and title*

Presented, sworn and signed electronically
~~Sworn to before me and signed in my presence.~~

Date:  1-2-18

City and state:  Spokane, Washington

John T. Rodgers, U.S. Magistrate Judge
*Printed name and title*

*Judge's signature*